UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
OFF WHITE OPERATING SRL and VENICE SRL,

                      Plaintiffs,

                                                     25-cv-6203 (PKC)

         -against-                                          ORDER

SAKS & COMPANY LLC and SAKS.COM LLC,

                      Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The Court's Order of July 30, 2025 stated in part:

        Within fourteen (14) days of this Order, plaintiff may serve a single interrogatory upon each of Saks & Company LLC and Saks.com LLC as to the citizenship of all natural persons who are its members, and if any corporation is a member, the jurisdiction under whose laws it is incorporated and the principal place of business. The defendant shall serve its response to the interrogatory within fourteen (14) days.

        Within forty-five (45) days of this Order, plaintiffs shall amend their complaint to correct the jurisdictional deficiencies by truthfully and accurately alleging the citizenship of the defendant limited liability companies and to allege the locations of plaintiffs' principal places of business, as opposed to their registered offices. If, by this date, plaintiffs fail to allege complete diversity of citizenship, the action will be dismissed for lack of subject matter jurisdiction without further notice to any party.

(ECF 6.)

        More than 45 days have now elapsed.  Plaintiffs have not filed an amended complaint and have not requested an extension of time to do so.  Because plaintiffs have not

- 2 -

adequately alleged subject matter jurisdiction, the action is dismissed. The Clerk is directed to close the case.

    SO ORDERED.

                                        P. Kevin Castel
                              United States District Judge

Dated: New York, New York
       September 23, 2025