# KLARIS

September 23, 2025

**Via ECF**
The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> There is no conference in this action because the action was "dismissed." (ECF 9.) Plaintiff should consult with Rule 60, Fed. R. Civ. P.
>
> SO ORDERED
> [signature]
> USDJ
> 9-23-25

Re: <u>*Off White Operating SRL et al. v. Saks & Company LLC et al.*</u> (No. 25-cv-06203)

Dear Judge Castel:

    This firm represents Off White Operating SRL and Venice SRL ("Plaintiffs"), in the above-captioned matter. Plaintiffs respectfully submit this letter in light of today's Order directing the Clerk of Court to close the case (ECF No. 9). As per Rule 1.A.iii. of Your Honor's Individual Rules, Plaintiffs note that the next conference scheduled before this Court is an initial conference on September 26 (ECF No. 7).

    Counsel for Plaintiffs mistakenly overlooked this Court's July 30, 2025 Order (ECF No. 6) due to an internal docketing error and failed to file an amended complaint within 45 days of said Order. Counsel sincerely apologize to this Court for this oversight.

    As Your Honor is aware, on August 1, 2025, Plaintiffs sent a request for a waiver of service to defendants Saks & Company LLC and Saks.com LLC ("Defendants") (together with Plaintiffs, the "Parties"). Plaintiffs filed the executed waiver of service on the docket on August 28 (ECF No. 8). Defendants have not yet filed a responsive pleading. Since then, the Parties have discussed an early resolution of this matter and Plaintiffs expected to update the Court as to same during the upcoming initial conference on September 26. Plaintiffs still intend to litigate this matter.

    Plaintiffs respectfully request this Court's authorization to move forward with this litigation, serve a single interrogatory on Defendants within fourteen (14) days of today's date (in line with the Court's July 30 Order), and to amend the Complaint as necessary within 45 days thereafter. Plaintiffs have sent a copy of this letter to Defendants.

    Once again, Plaintiffs sincerely apologize for overlooking this Court's July 30, 2025 Order and will ensure that such oversight does not happen again in the future.

Klaris Law PLLC
161 Water Street, Ste 904, New York, NY 10038

Lance.Koonce@KlarisLaw.com
(917) 612-5861

# KLARIS

                                                Respectfully Submitted,

                                                /s/ Lacy H. Koonce III
Lacy H. Koonce, III
Klaris Law PLLC
161 Water Street, #904
New York, NY 10038
Lance.koonce@klarislaw.com
(917) 612-5861
*Attorneys for Plaintiffs*

Klaris Law PLLC
161 Water Street, Ste 904, New York, NY 10038

Lance.Koonce@KlarisLaw.com
(917) 612-5861